ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Turner Construction Company | ) ASBCA No. 62826 |
| | ) |
| Under Contract No. W91278-18-C-0009 | ) |

APPEARANCES FOR THE APPELLANT:    Michael J. Schrier, Esq.
Hal J. Perloff, Esq.
Leah Kaiser, Esq.
  Husch Blackwell LLP
  Washington, DC

Michael A. Branca, Esq.
Jennifer L. Harris, Esq.
  Peckar & Abramson, PC
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
David C. Brasfield, Jr., Esq.
Kristine M. Knodel, Esq.
Thomas G. F. Landry, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Mobile

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  November 16, 2022

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62826, Appeal of Turner Construction Company, rendered in conformance with the Board's Charter.

Dated: November 17, 2022

_for Tammye D. Allott_

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals